ROWLES COMPANY *v.* DOUGLAS *et al.,* commissioners.

RUSSELL, C. J. The decision in this case is controlled, adversely to the contentions of the plaintiff in error, by the decision of this court in *Rabinowitz* v. *Douglas,* ante.

> *Judgment affirmed. All the Justices concur.*
> No. 7057. JUNE 13, 1929.